UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  26-61522-CIV-DAMIAN


LISBEL S. CARDOSO PARDILLO,

      Petitioner,

v.

MARKWAYNE MULLIN, SECRETARY
U.S. DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

      Respondents.

_____/

## ORDER REQUIRING EXPEDITED RESPONSE

**THIS CAUSE** is before the Court on Petitioner, Lisbel S. Cardoso Pardillo's ("Petitioner"), Petition for Writ of *Habeas Corpus* pursuant to 28 U.S.C. § 2241 [ECF No. 1 ("Petition")], filed May 21, 2026.

THE COURT has reviewed the Petition and is otherwise fully advised. In the Petition, Petitioner challenges his detention at the Broward Transitional Center and alleges, in relevant part, that his detention by immigration officials is unlawful. *See generally* Pet. Petitioner requests an order from this Court directing Respondents to immediately release him or to conduct an individualized bond hearing before an immigration judge. *See* Pet. at 2. It is therefore

**ORDERED AND ADJUDGED** that no later than **June 5, 2026**, Respondents shall file a response to the Petition, including as to why this Court should not order a bond hearing to be held for Petitioner within seven days, in light of the recent ruling by the

Eleventh Circuit Court of Appeals in *Hernandez Alvarez v. Warden, Federal Detention Center Miami*, No. 25-14065, --- F.4th ----, 2026 WL 1243395 (11th Cir. May 6, 2026).

      **DONE AND ORDERED** in Chambers in the Southern District of Florida, this 29th day of May, 2026.

 

 

                                            _____

                                            **MELISSA DAMIAN**
                                            **UNITED STATES DISTRICT JUDGE**